MAGISTRATE JUDGE KAREN L. STROMBOM

FILED_____ LODGED
_____ RECEIVED

MAR 28 2016

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                              DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR15-5458DC |
| ) | |
| Plaintiff, ) | FINDINGS AND ORDER |
| ) | ACCEPTING DEFENDANT FOR |
| vs. ) | DEFERRED PROSECUTION, |
| ) | APPROVING TREATMENT PLAN, |
| ) | AND DIRECTING DEFENDANT TO |
| CHRISTOPHER DARNELL, ) | TAKE TREATMENT AS |
| ) | PRESCRIBED |
| Defendant. ) | |
| ) | |

***CLERK'S ACTION REQUIRED***

THIS MATTER, having come on for hearing this 28th day of March

_____, 2016, upon the defendant's Petition for Deferred Prosecution; the defendant

appearing in person and by his attorney, Brett A. Purtzer of the Hester Law Group,

Inc., P.S.; the United States of America being represented by Captain Aimee R.

Murray, Special Assistant United States Attorney; the Court, having examined and

incorporated into the record Petitioner's Petition and Statement in support of

deferred prosecution, the evaluation and treatment report prepared by Social

Treatment Opportunity Program (S.T.O.P.), and the files and records herein, being

fully advised in the premises, does now make and enter the following:

Findings and Order re: Deferred Prosecution - 1

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

## I.   FINDINGS OF FACT

A.     On or about the 23rd day of October, 2015, Petitioner was charged with the offense charged in the Information.  This offense occurred as a direct result of alcoholism/chemical dependency problems;

B.     Petitioner suffers from an alcohol/drug problem and is in need of treatment;

C.     The probability of similar misconduct in the future is great if the problem is not treated.

D.     Petitioner is amenable to treatment;

E.     An effective rehabilitative treatment plan is available to Petitioner through Social Treatment Opportunity Program (S.T.O.P.), an approved treatment facility as designated by the laws of the State of Washington, and Petitioner agrees to be liable for all costs of this treatment program;

F.     That Petitioner agrees to comply with the terms and conditions of the program offered by the treatment facility as set forth in the diagnostic evaluation from S.T.O.P., attached to the Statement of Petitioner filed herewith, and that Petitioner agrees to be liable for all costs of this treatment program;

G.     That Petitioner has knowingly and voluntarily stipulated to the admissibility and sufficiency of the facts as contained in the written police report attached to the Statement of Petitioner filed herewith;

H.     That Petitioner has acknowledged the admissibility of the stipulated facts in any criminal hearing or trial on the underlying offense or offenses held

Findings and Order re: Deferred Prosecution - 2

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

1  subsequent to revocation of this Order Granting Deferred Prosecution and that these

2  reports will be used to support a finding of guilt;

3       I.     The petitioner has acknowledged and waived the right to testify, the

4  right to a speedy trial, the right to call witnesses to testify, the right to present

5  evidence in his defense and the right to a jury trial.

6       From the foregoing FINDINGS OF FACT, the Court draws the following:

7  ## II.    *CONCLUSIONS OF LAW*

8       A.     That the above-entitled Court has jurisdiction over the subject matter

9

10  and Petitioner, Christopher M. Darnell, in this case;

11       B.     That Petitioner's Petition for Deferred Prosecution meets the

12  requirements of RCW 10.05 et seq.;

13       C.     That the diagnostic evaluation and commitment to treatment meets the

14  requirements of RCW 10.05.150;

15       D.     That Petitioner is eligible for deferred prosecution.

16  ## III.    *ORDER*

17       Having made and entered the foregoing FINDINGS OF FACT and

18  CONCLUSIONS OF LAW, it is hereby

19

20       ORDERED that the defendant is accepted for deferred prosecution.  The

21  prosecution of the above-entitled matter is hereby deferred for five (5) years

22  pursuant to RCW 10.05 et seq., upon the following terms and conditions:

23       A.     Petitioner shall be on probation for the deferral period and follow the

24  rules and regulations of probation;

25

Findings and Order re: Deferred Prosecution - 3

B.      Petitioner shall enroll in and successfully complete the two-year treatment program recommended by S.T.O.P. according to the terms and conditions of that plan as outlined in the diagnostic evaluation, a true copy of which is attached to the Petition and incorporated herein by reference.  Petitioner shall not change treatment agencies without prior Probation approval;

C.      The treatment facility, S.T.O.P., shall file with the United States Probation Office status reports of Petitioner's compliance with treatment, monthly during the first year of the deferred prosecution period and every three (3) months during the second year.  The Court may increase the frequency of these reports at its discretion;

D.      Petitioner shall notify U.S. Probation within 72 hours of any residence change;

E.      Petitioner shall abstain during the deferred prosecution period from any and all consumption of alcoholic beverages and/or non-prescribed mind-altering drugs;

F.      Petitioner shall not operate a motor vehicle on the public highways without a valid operator's license and proof of liability insurance sufficient to comply with the state laws on financial responsibility;

G.      Petitioner shall be law abiding and shall not commit any alcohol/drug related offenses or other criminal offenses during the period of deferral;

H.      Petitioner shall notify U.S. Probation within 72 hours of being arrested, questioned, or cited by law enforcement;

Findings and Order re: Deferred Prosecution - 4

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

I.      In the even that Petitioner fails or neglects to carry out and fulfill any term or condition of his treatment plan or violates any provision of this Order or any rule or regulation of his probation officer, upon receiving notice, the Court shall hold a hearing to determine why Petitioner should not be removed from deferred prosecution and prosecuted for the offense charged;

J.      In the event the Court finds cause to revoke this deferred prosecution, the stipulated police reports shall be admitted into evidence, and Petitioner shall have his guilt or innocence determined by the Court;

K.      That the Statement of Defendant for Deferred Prosecution shall remain sealed and all subsequent reports or document relating to his treatment information shall be sealed, to maintain confidentiality of Petitioner's treatment information;

L.      That the Department of Licensing be notified of this Order accepting the Petitioner for deferred prosecution;

M.      Upon proof of Petitioner's successful completion of five years deferral period in this Order, the Court shall dismiss the charges pending against Petitioner.

N.      Additional conditions: _____

_____

_____

        DONE IN OPEN COURT this 28 day of March, 2016.

                                KAREN L. STROMBOM
                                United States Magistrate Judge

Findings and Order re: Deferred Prosecution - 5

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

1    Presented by:

2    HESTER LAW GROUP, INC., P.S.
     Attorneys for Petitioner
3

4    By:    _/s/ Brett A. Purtzer_____
            BRETT A. PURTZER
5           WSBA #17283

6
            I have received a copy of the foregoing Order of Deferred Prosecution.  I have
7    read and understand its contents, and agree to abide by the terms and conditions
     set forth herein.
8
     Dated: March 28, 2016          _____
9                                    CHRISTOPHER M. DARNELL
                                     Petitioner
10

11
            I certify that a copy of this signed Order was mailed to the subject treatment
12   facility, on March 28_____, 2016.  The United States Probation Office was
     also furnished a copy of this Order.
13

14                                   ____Kell A. Miller_____
                                     CLERK
15

16

17

18

19

20

21

22

23

24

25

Findings and Order re: Deferred Prosecution - 6

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157